USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:_____9/23/2013

### NEGOTIATED SETTLEMENT
### AGREEMENT AND GENERAL RELEASE

WHEREAS, Joette Balsamo, Sarah Battino, Norica Bulica, James Buonato, Joanna Butila, Renata Cacace, Alejandra Candelario, Sandra Caputo, Hallie Clarke, Mariel Cobo, Aniko Cocinescu, Elena Coteti, Lori Crespo, Loy Crowe, Dinorah Cuevas, John DeGiorgio, Leigh DeMange, Viorica Dragoi, Patrick Ferrara, Lauren Rose Ford, William Gaboriaud, Sophie Georgiou, Leonora Gjeloshi, Mayu Glazer, Joseph Guarino, Gina Guzzetta, Emily Hoffman, Ramona Ionescu, Keith Vincent Lovinggood, Anthony McMahon, Herve Merlino, Adriana Moise, Vu Nguyen, Monica O'Leary, Kiyoko Okada, Wayne Ollivierre, Lilia Peisakhov, Justin Pellicione, Theresa Phinn, Yolanda Rodriguez, Zoita Sorina Rus, Scott Sachs, Natalia Sandu, Rekha Sundaresh, Ana Santos, Svetlana Tabagari, Stephens Thomas, Alicia Villanova, Sofia Visan, Gary Wagner, Amanda Wells, Alison Wilkinson, Lisa Yaeger-Wojchik, Dana Imbrosci, Kimberly King Gutman, Jennifer Rathbun, Monica Redman and Elena Filiuta f/k/a Elena Zayas (collectively "Plaintiffs") were employed by Cornelia Fifth Avenue, LLC and their employment has terminated; and

WHEREAS, Plaintiffs are prosecuting an action in the United States District Court for the Southern District of New York, captioned *Sarah Ann Battino, et al. v. Cornelia Fifth Avenue, et al.* (09-CV-4113)(the "Action");

WHEREAS, Plaintiffs' Third Amended Class Action Complaint in the Action alleges that Defendants Spa Chakra Fifth Avenue, LLC ("Spa Chakra") and Michael Canizales ("Canizales") violated the Fair Labor Standards Act and New York Labor Law and committed common law violations;

4829-3667-3556.1

WHEREAS, Spa Chakra and Canizales have filed answers denying the material allegations of the Third Amended Class Action Complaint, and they deny any and all liability to Plaintiffs;

WHEREAS, the Parties understand and agree that Spa Chakra and Canizales, for themselves and on behalf of any and all present and former affiliated entities, parents, subsidiaries, divisions, predecessor entities, successor entities and their respective present and former officers, partners, directors, members, principals, administrators, executors, agents, owners, shareholders, attorneys, employees, insurance carriers, successors and assigns, individually and in their official capacities, including but not limited to Spa Chakra, Inc., Harris Mylonas, Allen Hunt, Christopher Condy, Paul O' Beirne and Christopher Garek, and Greenwich Insurance Company (hereinafter collectively referred to as "Releasees")[1], deny each and every allegation of wrongdoing with respect to Plaintiffs, including, but not limited to, any allegation informally asserted, or in any other papers filed or served by or on behalf of Plaintiffs before any court, administrative agency or elsewhere;

WHEREAS, the Parties understand and agree that neither the making of this Negotiated Settlement Agreement and General Release (the "Agreement"), nor anything contained herein shall, in any way, be construed or considered to be an admission by Releasees of liability, guilt or noncompliance with any federal, state, city or local statute, constitution, rule, ordinance, public policy, human rights or civil rights law, wage-hour

---

[1] Excluded from "Releasees" are Cornelia Fifth Avenue, LLC; Cornelia Zicu International, LLC; Cornelia International 401(k) Plan; Richard Aidekman; Ellen Sackoff; Cornelia Essentials LLC and their respective present and former affiliated entities, parents, subsidiaries, divisions, predecessor entities, successor entities and their respective present and former officers, partners, directors, members, principals, administrators, executors, agents, owners, shareholders, employees, insurance carriers, successors and assigns.

law, wage-payment law, tort law, contract, common law or of any other wrongdoing, unlawful conduct, liability or breach of any duty whatsoever;

WHEREAS, Plaintiffs, with full assistance and through consultation with counsel, freely and voluntarily enter into this Agreement in exchange for the promises contained herein which pertain to the Releasees; and

WHEREAS, the terms and conditions of this Agreement, including the General Release incorporated herein, have been explained to the Parties by their counsel;

NOW THEREFORE, IT IS STIPULATED AND AGREED BY AND AMONG THE PARTIES THAT:

1.     In exchange for the promises made by the Releasees in Paragraph 2 below:

a.     Plaintiffs shall withdraw, in writing and with prejudice, all charges, complaints, appeals, suits, actions, charges, allegations, claims, and/or proceedings that they have instituted against Releasees. Plaintiffs warrant that they have not filed or caused to be filed, and are not presently parties to any charge, complaint, appeal, suit, action, allegation, claim and/or proceeding against Releasees in any form or forum. In the event that, for any reason, any complaint, appeal, suit, action, charge, claim and/or proceeding is not wholly and finally dismissed with prejudice, each Plaintiff hereby acknowledges and agrees that he or she shall not obtain or accept any recovery or relief therefrom, and if any such action is not dismissed or withdrawn with prejudice, such Plaintiff agrees to return all consideration paid hereunder;

b.     Plaintiffs knowingly and voluntarily release and forever discharge Releasees of and from any actions, causes of action, suits, debts, dues, sums of money, accounts, reckonings, bonds, bills, specialties, covenants, contracts, bonuses,

4829-3667-3556.1                                3

controversies, agreements, promises, judgments, obligations, grievances, claims, charges, complaints, appeals and demands whatsoever, in law or equity, which they have or may have against Releasees as of the date of execution of this Agreement, whether known or unknown, asserted or unasserted, including, but not limited to, any alleged violation of: The National Labor Relations Act, 29 U.S.C. § 151 et seq.; The Employee Retirement Income Security Act of 1974, 29 U.S.C. § 1001 et seq.; Title VII of the Civil Rights Act of 1964, 42 U.S.C. § 2000e et seq.; The Civil Rights Act of 1991, Pub. L. No. 102-166; Sections 1981 through 1988 of Title 42 of the United States Code, 42 U.S.C. §§ 1981-1988; The Equal Pay Act of 1963, 29 U.S.C. § 206(d); The Vocational Rehabilitation Act of 1973, 29 U.S.C. § 791 et seq.; The Americans With Disabilities Act of 1990, 42 U.S.C. § 12101 et seq.; The Occupational Safety and Health Act of 1970, 29 U.S.C. § 651 et seq.; The Consolidated Omnibus Budget Reconciliation Act of 1985, 29 U.S.C. § 1161 et seq.; The Immigration Reform and Control Act, as amended; The Workers Adjustment Retraining Notification Act, as amended; The Sarbanes-Oxley Act of 2002; The Fair Credit Reporting Act; The Family and Medical Leave Act of 1993, 29 U.S.C. §2601 et seq.; the Fair Labor Standards Act; the New York State Human Rights Law, the New York City Human Rights Law, the New York State Labor Law, the New York State Workers Compensation Law; the New York State Constitution and amendments thereto; and other federal, state, city or local human rights, civil rights, wage-hour, wage-payment (and all wage orders and interpretations), pension, employee benefits, labor or other laws, rules and/or regulations, constitutions, or ordinances; any public policy, contract (whether oral or written, express or implied) or tort law, or any claim arising under the common law; any claim for costs, fees, or other expenses, including attorneys' fees incurred in these matters; or any other claim against

Releasees, based upon any conduct occurring up to and including the date of the complete execution of this Agreement;

       c.     In the event that Plaintiffs institute, are parties to, or are members of a class that institutes any claim or action against Releasees arising from conduct which predates this Agreement, they agree that their claims shall be dismissed or class membership terminated immediately upon presentation of this Agreement, and they shall execute any papers necessary to achieve this end;

       d.     Plaintiffs agree that they have returned all of Releasees' property, documents and/or any confidential information in their possession or control. Plaintiffs also confirm and agree that they are in possession of all their personal property that they had at Releasees' premises and that Releasees are not in possession of any of their personal property.   Plaintiffs, however, shall not return any documents in their possession or control relating to the amounts they claim are owed in this action;

       e.     Plaintiffs affirm further that they have no known workplace injuries or occupational diseases which might be compensable under the New York Workers' Compensation Law, and have been provided and/or have not been denied any leave requested under the Family and Medical Leave Act.

       2.     In exchange for the promises made by Plaintiffs contained in Paragraph 1 above, Releasees agree to provide Plaintiffs with the total gross settlement sum of $67,500.00 for and in full consideration and satisfaction of all claims that Plaintiffs have or may have against Releasees, whether known or unknown, asserted or unasserted, including, but not limited to, all claims for legal or equitable relief, any alleged lost wages, back pay, lost income, lost commissions, lost bonuses, lost employee benefits, severance benefits, lost future wages, lost future pay, lost future commissions, lost

future bonuses, lost future employee benefits, lost future income, all claims for alleged emotional distress, alleged emotional pain and suffering, compensatory damages, liquidated damages, punitive damages, all other statutory claims, contract, tort and common law claims, and claims for interest, attorneys' fees, costs and disbursements based on any conduct occurring up to and including the date of the complete execution of this Agreement (the "Settlement Sum").

3. The Settlement Sum will be paid by or on behalf of Releasees within 30 days from receipt of this fully executed Agreement and executed W9 forms from all payees hereunder (including their names, addresses and social security numbers)as follows:

a. a separate check from Lewis Brisbois Bisgaard & Smith LLP Attorney Trust Account payable to each of the above named Plaintiffs in the amount of $709.79. Releasees shall issue IRS Forms 1099 to each of the Plaintiffs at their addresses with respect to each check paid after the end of the calendar year in which these amounts are paid, and shall designate the amount paid as "other income" (which is currently Box "3" on the 2012 IRS 1099-Misc form);

b. a check from Lewis Brisbois Bisgaard & Smith LLP Attorney Trust Account payable to Gangemi P.C. in the amount of $17,235.14, and check from Lewis Brisbois Bisgarard & Smith LLP Attorney Trust Account payable to Levy, Davis & Maher, LLP in the amount of $9,097.04. The checks payable in this subdivision (b) shall be for and in full consideration for all claims Plaintiffs may have against Releasees for attorneys' fees and costs. Releasees shall issue IRS Forms 1099 to Gangemi P.C. and Levy, Davis

& Maher, LLP, with respect to these amounts after the end of the calendar year in which these amounts are paid, and shall designate these amounts as "gross proceeds paid to an attorney" (which is currently Box "14" on the 2012 IRS 1099-Misc form).

c. The obligation to make the payments identified above is conditioned upon the payees having provided executed W9 forms including Social Security Numbers and current addresses, and all payments shall be delivered to Gangemi, P.C. to be disbursed among the recipients.

4.    Plaintiffs understand and agree that they would not be entitled to receive the Settlement Sum specified in Paragraph 2 above except for their execution of this Agreement and their fulfillment of all the promises contained in this document that pertain to them.

5.    Plaintiffs acknowledge and agree that neither Releasees nor their counsel have made any representations to them regarding the tax consequences of any amounts paid pursuant to this Agreement. Plaintiffs agree to be responsible for the payment of any taxes, withholdings, interest, penalties, fines and other liabilities or costs that may be assessed upon the Settlement Sum specified in Paragraph 2 above. Plaintiffs agree further to and hereby indemnify and hold Releasees harmless against the payment of any such taxes, penalties, interest, fines and other liabilities or costs that may be assessed against Releasees in connection with this Settlement Sum, except for the share of applicable payroll taxes, if any, that may be owed by Spa Chakra or by Spa Chakra's officers or directors.

6.    This Action shall be dismissed as against Spa Chakra and Canizales with prejudice upon the Parties' stipulation of dismissal. The Parties agree not to seek any

interest, fees or costs from the court, and except as provided in this Agreement, agree to be responsible for the payment of their own attorneys' fees, costs and disbursements incurred in connection with the Action as against Releasees.

7.    This Agreement represents the complete understanding between the Parties, and fully supersedes any prior agreements or understandings between the Parties. Plaintiffs acknowledge that they have not relied on any representations, promises or agreements of any kind made to them in connection with their decision to sign this Agreement, except for those set forth in this Agreement. No other promises or agreements shall be binding or shall modify this Agreement unless in writing and signed by the Parties hereto, or by counsel for and on behalf of the Parties.

8.    This Agreement is made in the State of New York and shall be interpreted under the laws of said State. Its language shall be construed as a whole according to its fair meaning and not strictly for or against any Party.

9.    Should any provision of this Agreement be declared illegal or unenforceable by any court of competent jurisdiction, and such provision cannot be interpreted or modified so as to be enforceable, excluding the General Release language in Paragraph 1, such provision shall immediately become null and void, leaving the remaining provisions of this Agreement in full force and effect.

10.    This Agreement inures to the benefit of the parties' heirs, executors, administrators, successors and assigns.

11.    Upon completion of payment pursuant to the terms of this Agreement, counsel for the parties to the Action shall file with the Court a stipulation dismissing Plaintiffs' claims with prejudice.

12.    The Parties may sign this Negotiated Settlement Agreement and General Release in counterparts.

JOETTE BALSAMO, SARAH BATTINO, NORICA BULICA, JAMES BUONATO, JOANNA BUTILA, RENATA CACACE, ALEJANDRA CANDELARIO, SANDRA CAPUTO, HALLIE CLARKE, MARIEL COBO, ANIKO COCINESCU, ELENA COTETI, LORI CRESPO, LOY CROWE, DINORAH CUEVAS, JOHN DEGIORGIO, LEIGH DEMANGE, VIORICA DRAGOI, PATRICK FERRARA, LAUREN ROSE FORD, WILLIAM GABORIAUD, SOPHIE GEORGIOU, LEONORA GJELOSHI, MAYU GLAZER, JOSEPH GUARINO, GINA GUZZETTA, EMILY HOFFMAN, RAMONA IONESCU, KEITH VINCENT LOVINGGOOD, ANTHONY MCMAHON, HERVE MERLINO, ADRIANA MOISE, VU NGUYEN, MONICA O'LEARY, KIYOKO OKADA, WAYNE OLLIVIERRE, LILIA PEISAKHOV, JUSTIN PELLICIONE, THERESA PHINN, YOLANDA RODRIGUEZ, ZOITA SORINA RUS, SCOTT SACHS, NATALIA SANDU, REKHA SUNDARESH, ANA SANTOS, SVETLANA TABAGARI, STEPHENS THOMAS, ALICIA VILLANOVA, SOFIA VISAN, GARY WAGNER, AMANDA WELLS, ALISON WILKINSON, LISA YAEGER-WOJCHIK, DANA IMBROSCI, KIMBERLY KING GUTMAN, JENNIFER RATHBUN, MONICA REDMAN AND ELENA  FILIUTA F/K/A ELENA ZAYAS  ENTER INTO THIS AGREEMENT FREELY AND KNOWINGLY, AND AFTER DUE CONSIDERATION, ENTER INTO THIS AGREEMENT AND GENERAL RELEASE INTENDING TO WAIVE, SETTLE AND RELEASE ALL CLAIMS PLAINTIFFS HAVE OR MIGHT HAVE AGAINST SPA CHAKRA FIFTH AVENUE, LLC AND MICHAEL CANIZALES AND THE OTHER RELEASEES AS DEFINED HEREINABOVE.

JOETTE BALSAMO, SARAH BATTINO, NORICA BULICA, JAMES BUONATO, JOANNA BUTILA, RENATA CACACE, ALEJANDRA CANDELARIO, SANDRA CAPUTO, HALLIE CLARKE, MARIEL COBO, ANIKO COCINESCU, ELENA COTETI, LORI CRESPO, LOY CROWE, DINORAH CUEVAS, JOHN DEGIORGIO, LEIGH DEMANGE, VIORICA DRAGOI, PATRICK FERRARA, LAUREN ROSE FORD, WILLIAM GABORIAUD, SOPHIE GEORGIOU, LEONORA GJELOSHI, MAYU GLAZER, JOSEPH GUARINO, GINA GUZZETTA, EMILY HOFFMAN, RAMONA IONESCU, KEITH VINCENT LOVINGGOOD, ANTHONY MCMAHON, HERVE MERLINO, ADRIANA MOISE, VU NGUYEN, MONICA O'LEARY, KIYOKO OKADA, WAYNE OLLIVIERRE, LILIA PEISAKHOV, JUSTIN PELLICIONE, THERESA PHINN, YOLANDA RODRIGUEZ, ZOITA SORINA RUS, SCOTT SACHS, NATALIA SANDU, REKHA SUNDARESH, ANA SANTOS, SVETLANA TABAGARI, STEPHENS THOMAS, J ALICIA VILLANOVA, SOFIA VISAN, GARY WAGNER, AMANDA WELLS, ALISON WILKINSON, LISA YAEGER-WOJCHIK, DANA IMBROSCI, KIMBERLY KING GUTMAN, JENNIFER RATHBUN, MONICA REDMAN AND ELENA  FILIUTA f/k/a ELENA ZAYAS ARE ALSO ADVISED TO CONSULT WITH AN ATTORNEY PRIOR TO SIGNING THIS AGREEMENT AND GENERAL RELEASE.

The Parties knowingly and voluntarily sign this Agreement and General Release as of the date(s) set forth below:

4829-3667-3556.1                                    9

WAYNE OLLIVIERRE

**SO ORDERED**   Sept. 23, 2013

HON. LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE

LILIA PEISAKHOV

JUSTIN PELLICIONE

THERESA PHINN

YOLANDA RODRIGUEZ

ZOITA SORINA RUS

SCOTT SACHS

NATALIA SANDU

REKHA SUNDARESH

ANA SANTOS

SVETLANA TABAGARI

STEPHENS THOMAS

4829-3667-3556.1

13

_Elena Coteti_ (signature)
ELENA COTETI

_____
LORI CRESPO

_____
LOY CROWE

_____
DINORAH CUEVAS

_____
JOHN DEGIORGIO

_____
LEIGH DEMANGE

_____
VIORICA DRAGOI

_____
PATRICK FERRARA

_____
LAUREN ROSE FORD

_____
WILLIAM GABROIAUD

_____
SOPHIE GEORGIOU

_____
LEONORA GJELOSHI

11

---
MAYU GLAZER

---
JOSEPH GUARINO

---
GINA GUZZETTA

---
EMILY HOFFMAN

---
RAMONA IONESCU

---
KEITH VINCENT LOVINGGOOD

---
ANTHONY MCMAHON

---
HERVE MERLINO

---
ADRIANA MOISE

---
VU NGUYEN

---
MONICA O'LEARY

---
KIYOKO OKADA

_____

**ALICIA VILLANOVA**

_____

**SOFIA VISAN**

_____

**GARY WAGNER**

_____

**AMANDA WELLS**

_____

**ALISON WILKINSON**

_____

**LISA YAEGER-WOJCHIK**

_____

**DANA IMBROSCI**

_____

**KIMBERLY KING GUTMAN**

_____

**JENNIFER RATHBUN**

_____

**MONICA REDMAN**

_____

**ELENA FILIUTA (f/k/a Elena Zayas)**

_____

MAYU GLAZER


_____

JOSEPH GUARINO


_____

GINA GUZZETTA


_____

EMILY HOFFMAN


_____

RAMONA IONESCU


_____

KEITH VINCENT LOVINGGOOD


_____

ANTHONY MCMAHON


_____

HERVE MERLINO


_____

ADRIANA MOISE


_____

VU NGUYEN


_____

MONICA O'LEARY


_____

KIYOKO OKADA


4829-3667-3556.1                    12

ELENA COTETI

LORI CRESPO

LOY CROWE

DINORAH CUEVAS

JOHN DEGIORGIO

LEIGH DEMANGE

VIORICA DRAGOI

PATRICK FERRARA

LAUREN ROSE FORD

WILLIAM GABROIAUD

SOPHIE GEORGIOU

LEONORA GJELOSHI

4829-3667-3556.1

11

_____
ALICIA VILLANOVA

_____
SOFIA VISAN

_____
GARY WAGNER

_____
AMANDA WELLS

_____
ALISON WILKINSON

_____
LISA YAEGER-WOJCHIK

_____
DANA IMBROSCI

_____
KIMBERLY KING GUTMAN

_____
JENNIFER RATHBUN

_____
MONICA REDMAN

_____
ELENA FILIUTA (f/k/a Elena Zayas)

4829-3667-3556.1                           14

_____
WAYNE OLLIVIERRE

_____
LILIA PEISAKHOV

_____
JUSTIN PELLICIONE

_____
THERESA PHINN

_____
YOLANDA RODRIGUEZ

_____
ZOITA SORINA RUS

_____
SCOTT SACHS

_____
NATALIA SANDU

_____
REKHA SUNDARESH

_____
ANA SANTOS

_____
SVETLANA TABAGARI

_____
STEPHENS THOMAS

4829-3667-3556.1

13

_____

ELENA COTETI


_____

LORI CRESPO


_____

LOY CROWE


_____

DINORAH CUEVAS


_____

JOHN DEGIORGIO


_____

LEIGH DEMANGE


_____

VIORICA DRAGOI


_____

PATRICK FERRARA


_____

LAUREN ROSE FORD


_____

WILLIAM GABROIAUD


_____

SOPHIE GEORGIOU


_____

LEONORA GJELOSHI

_____

ALICIA VILLANOVA

_____

SOFIA VISAN

_____

GARY WAGNER

_____

AMANDA WELLS

_____

ALISON WILKINSON

_____

LISA YAEGER-WOJCHIK

_____

DANA IMBROSCI

_____

KIMBERLY KING GUTMAN

_____

JENNIFER RATHBUN

_____

MONICA REDMAN

_____

ELENA FILIUTA (f/k/a Elena Zayas)

_____
**WAYNE OLLIVIERRE**


_____
**LILIA PEISAKHOV**


_____
**JUSTIN PELLICIONE**


_____
**THERESA PHINN**


_____
**YOLANDA RODRIGUEZ**


_____
**ZOITA SORINA RUS**


_____
**SCOTT SACHS**


_____
**NATALIA SANDU**

_____
**REKHA SUNDARESH**


_____
**ANA SANTOS**


_____
**SVETLANA TABAGARI**


_____
**STEPHENS THOMAS**

13

_____
ALICIA VILLANOVA

_____
SOFIA VISAN

_____
GARY WAGNER

_____
AMANDA WELLS

_____
ALISON WILKINSON

_____
LISA YAEGER-WOJCHIK

_____
DANA IMBROSCI

_____
KIMBERLY KING GUTMAN

_____
JENNIFER RATHBUN

_____
MONICA REDMAN

_____
ELENA FILIUTA (f/k/a Elena Zayas)

4829-3667-3556.1

14

---

WAYNE OLLIVIERRE

---

LILIA PEISAKHOV

---

JUSTIN PELLICIONE

---

THERESA PHINN

---

YOLANDA RODRIGUEZ

---

ZOITA SORINA RUS

---

SCOTT SACHS

*NATALIA SANDU*
NATALIA SANDU

---

REKHA SUNDARESH

---

ANA SANTOS

---

SVETLANA TABAGARI

---

STEPHENS THOMAS

FROM GANGEMI LAW FIRM P.C.                    (MON) JUL 29 2013  9:51/ST. 9:51/No. 7528817671 P  2

_____
JOETTE BALSAMO


_____
SARAH BATTINO


_____
NORICA BULLICA


_____
JAMES BUONATO


_____
JOANNA BUTILA


_____
RENATA CACACE


_____
ALEJANDRA CANDELARIO


_____
SANDRA CAPUTO


_____
HALLIE CLARKE


_____
MARIEL COBO


_____
ANIKO COCINESCU


4829-3667-3556.1

10

_____

WAYNE OLLIVIERRE

_____

LILIA PEISAKHOV

_____

JUSTIN PELLICIONE

_____

THERESA PHINN

_____

YOLANDA RODRIGUEZ

_____

ZOITA SORINA RUS

_____

SCOTT SACHS

_____

NATALIA SANDU

_____

REKHA SUNDARESH

_____

ANA SANTOS

*Svetlana Tabagari*

_____

SVETLANA TABAGARI

_____

STEPHENS THOMAS

13

_____
MAYU GLAZER


_____
JOSEPH GUARINO


_____
GINA GUZZETTA


_____
EMILY HOFFMAN


_____
RAMONA IONESCU


_____
KEITH VINCENT LOVINGGOOD

_____
ANTHONY MCMAHON


_____
HERVE MERLINO


_____
ADRIANA MOISE


_____
VU NGUYEN


_____
MONICA O'LEARY


_____
KIYOKO OKADA

---
ALICIA VILLANOVA

---
SOFIA VISAN

---
GARY WAGNER

---
AMANDA WELLS

---
ALISON WILKINSON

---
LISA YAEGER-WOJCHIK

---
DANA IMBROSCI

---
KIMBERLY KING GUTMAN

---
JENNIFER RATHBUN

---
MONICA REDMAN

---
ELENA FILIUTA (f/k/a Elena Zayas)

---
WAYNE OLLIVIERRE

---
LILIA PEISAKHOV

---
JUSTIN PELLICIONE

---
THERESA PHINN

---
YOLANDA RODRIGUEZ

---
ZOITA SORINA RUS

---
SCOTT SACHS

---
NATALIA SANDU

---
REKHA SUNDARESH

---
ANA SANTOS

---
SVETLANA TABAGARI

---
STEPHENS THOMAS

1329-3887-3556.1                                13

_____

JOETTE BALSAMO


_____

SARAH BATTINO


_____

NORICA BULLICA

_____

JAMES BUONATO


_____

JOANNA BUTILA


_____

RENATA CACACE


_____

ALEJANDRA CANDELARIO


_____

SANDRA  CAPUTO


_____

HALLIE CLARKE


_____

MARIEL COBO


_____

ANIKO COCINESCU


4829-3667-3556.1

10

_____

WAYNE OLLIVIERRE


_____

LILIA PEISAKHOV


_____

JUSTIN PELLICIONE


_____

·THERESA PHINN


_____

YOLANDA RODRIGUEZ


_____

ZOITA SORINA RUS

_____

SCOTT SACHS ZOITA SORINA RUS


_____

NATALIA SANDU


_____

REKHA SUNDARESH


_____

ANA SANTOS


_____

SVETLANA TABAGARI


_____

STEPHENS THOMAS

4829-3667-3556.1                                    13

WAYNE OLLIVIERRE

LILIA PEISAKHOV

JUSTIN PELLICIONE

THERESA PHINI-

*Yolanda Rodriguez*

YOLANDA RODRIGUEZ

ZOITA SORINA RUS

SCOTT SACHS

NATALIA SANDU

REKHA SUNDARESH

ANA SANTOS

SVETLANA TABAGARI

STEPHENS THOMAS

4829-3667-3556.1                              13

_____
JOETTE BALSAMO


_____
SARAH BATTINO


_____
NORICA BULLICA


_____
JAMES BUONATO


_____
JOANNA BUTILA


_____
RENATA CACACE


_____
ALEJANDRA CANDELARIO


_____
SANDRA CAPUTO


_____
HALLIE CLARKE


_____
MARIEL COBO


_____
ANIKO COCINESCU

10

—————————————————
JOETTE BALSAMO

—————————————————
SARAH BATTINO

*[signature]*
—————————————————
NORICA BULLICA

—————————————————
JAMES BUONATO

—————————————————
JOANNA BUTILA

—————————————————
RENATA CACACE

—————————————————
ALEJANDRA CANDELARIO

—————————————————
SANDRA CAPUTO

—————————————————
HALLIE CLARKE

—————————————————
MARIEL COBO

—————————————————
ANIKO COCINESCU

4829-3667-3556.1                            10

_____
ELENA COTETI


_____
LORI CRESPO


_____
LOY CROWE


_____
DINORAH CUEVAS


_____
JOHN DEGIORGIO


_____
LEIGH DEMANGE


_____
VIORICA DRAGOI


_____
PATRICK FERRARA


_____
LAUREN ROSE FORD


_____
WILLIAM GABROIAUD


_____
SOPHIE GEORGIOU


_____
LEONORA GJELOSHI

4829-3667-3556.1

11

_____
ALICIA VILLANOVA


_____
SOFIA VISAN


_____
GARY WAGNER


_____
AMANDA WELLS


_____
ALISON WILKINSON


_____
LISA YAEGER-WOJCHIK


_____
DANA IMBROSCI

_____
KIMBERLY KING GUTMAN


_____
JENNIFER RATHBUN


_____
MONICA REDMAN


_____
ELENA FILIUTA (f/k/a Elena Zayas)


4829-3667-3556.1                    14

_____
MAYU GLAZER

_Joseph Guarino_ _Joseph Guarino_
_____
JOSEPH GUARINO

_____
GINA GUZZETTA

_____
EMILY HOFFMAN

_____
RAMONA IONESCU

_____
KEITH VINCENT LOVINGGOOD

_____
ANTHONY MCMAHON

_____
HERVE MERLINO

_____
ADRIANA MOISE

_____
VU NGUYEN

_____
MONICA O'LEARY

_____
KIYOKO OKADA

4829-3667-3556.1                12

_____
**ELENA COTETI**

_____
**LORI CRESPO**

_____
**LOY CROWE**

_____
**DINORAH CUEVAS**

_____
**JOHN DEGIORGIO**

_____
**LEIGH DEMANGE**

_____
**VIORICA DRAGOI**

_____
**PATRICK FERRARA**

_____
**LAUREN ROSE FORD**

_____
**WILLIAM GABROIAUD**

_____
**SOPHIE GEORGIOU**

_____
**LEONORA GJELOSHI**

11

_____
JOETTE BALSAMO

_____
SARAH BATTINO

_____
NORICA BULLICA

_____
JAMES BUONATO

_____
JOANNA BUTILA

_____
RENATA CACACE

_____
ALEJANDRA CANDELARIO

_____
SANDRA CAPUTO

_____
HALLIE CLARKE

_____
MARIEL COBO

_____
ANIKO COCINESCU

4829-3667-3556.1                    10

_____

MAYU GLAZER


_____

JOSEPH GUARINO


_____

GINA GUZZETTA


_____

EMILY HOFFMAN


_____

RAMONA IONESCU


_____

KEITH VINCENT LOVINGGOOD


_____

ANTHONY MCMAHON


_____

HERVE MERLINO


_____

ADRIANA MOISE


_____

VU NGUYEN


_____

MONICA O'LEARY


_____

KIYOKO OKADA

**WA**YNE OLLIVIERRE
_____

LILIA PEISAKHOV
_____

JUSTIN PELLICIONE
_____

*Theresa Phen*
THERESA PHINN
_____

YOLANDA RODRIGUEZ
_____

ZOITA SORINA RUS
_____

SCOTT SACHS
_____

NATALIA SANDU
_____

REKHA SUNDARESH
_____

ANA SANTOS
_____

SVETLANA TABAGARI
_____

STEPHENS THOMAS
_____

4829-3667-3556.1                    13

_____
ALICIA VILLANOVA

_____
SOFIA VISAN

_____
GARY WAGNER

_____
AMANDA WELLS

_____
ALISON WILKINSON

_____
LISA YAEGER-WOJCHIK

_____
DANA IMBROSCI

_____
KIMBERLY KING GUTMAN

_____
JENNIFER RATHBUN

_____
MONICA REDMAN

_____
ELENA FILIUTA (f/k/a Elena Zayas)

4829-3667-3556.1                                14

_____
ELENA COTETI


_____
LORI CRESPO


_____
LOY CROWE


_____
DINORAH CUEVAS


_____
JOHN DEGIORGIO


_____
LEIGH DEMANGE


_____
VIORICA DRAGOI


_____
PATRICK FERRARA


_____
LAUREN ROSE FORD


_____
WILLIAM GABROIAUD


_____
SOPHIE GEORGIOU


_____
LEONORA GJELOSHI

4829-3667-3556.1

11

_____

MAYU GLAZER


_____

JOSEPH GUARINO


_____

GINA GUZZETTA


_____

EMILY HOFFMAN


_____

RAMONA IONESCU


_____

KEITH VINCENT LOVINGGOOD


_____

ANTHONY MCMAHON


_____

HERVE MERLINO


_____

ADRIANA MOISE


_____

VU NGUYEN

_Monica O'Leary_
_____

MONICA O'LEARY


_____

KIYOKO OKADA


4829-3667-3556.1

12

_____

ALICIA VILLANOVA


_____

SOFIA VISAN


_____

GARY WAGNER


_____

AMANDA WELLS


_____

ALISON WILKINSON


_____

LISA YAEGER-WOJCHIK


_____

DANA IMBROSCI


_____

KIMBERLY KING GUTMAN


_____

JENNIFER RATHBUN


_____

MONICA REDMAN


_____

ELENA FILIUTA (f/k/a Elena Zayas)


4829-3667-3556.1                        14

_____
MAYU GLAZER

_____
JOSEPH GUARINO

_____
GINA GUZZETTA

_____
EMILY HOFFMAN

_____
RAMONA IONESCU

_____
KEITH VINCENT LOVINGGOOD

_____
ANTHONY MCMAHON

_____
HERVE MERLINO

_____
ADRIANA MOISE

_____
VU NGUYEN

_____
MONICA O'LEARY

_____
KIYOKO OKADA

_____

WAYNE OLLIVIERRE

*Lilia Peisakhov*

LILIA PEISAKHOV

_____

JUSTIN PELLICIONE

_____

THERESA PHINN

_____

YOLANDA RODRIGUEZ

_____

ZOITA SORINA RUS

_____

SCOTT SACHS

_____

NATALIA SANDU

_____

REKHA SUNDARESH

_____

ANA SANTOS

_____

SVETLANA TABAGARI

_____

STEPHENS THOMAS

4829-3667-3556.1                           13

_____

JOETTE BALSAMO


_____

SARAH BATTINO


_____

NORICA BULLICA


_____

JAMES BUONATO


_____

JOANNA BUTILA

RENATA CACACE


_____

ALEJANDRA CANDELARIO


_____

SANDRA  CAPUTO


_____

HALLIE CLARKE


_____

MARIEL COBO


_____

ANIKO COCINESCU


4829-3667-3556.1                    **10**

ELENA COTETI

LORI CRESPO

LOY CROWE

_Dinorah Cuevas_
DINORAH CUEVAS

JOHN DEGIORGIO

LEIGH DEMANGE

VIORICA DRAGOI

PATRICK FERRARA

LAUREN ROSE FORD

WILLIAM GABROIAUD

SOPHIE GEORGIOU

LEONORA GJELOSHI

JOETTE BALSAMO

SARAH BATTINO

NORICA BULLICA

JAMES BUONATO

JOANNA BUTILA

RENATA CACACE

ALEJANDRA CANDELARIO

SANDRA CAPUTO

HALLIE CLARKE

MARIEL COBO

ANIKO COCINESCU

---
JOETTE BALSAMO

*Sarah Battino*
---
SARAH BATTINO

---
NORICA BULLICA

---
JAMES BUONATO

---
JOANNA BUTILA

---
RENATA CACACE

---
ALEJANDRA CANDELARIO

---
SANDRA CAPUTO

---
HALLIE CLARKE

---
MARIEL COBO

---
ANIKO COCINESCU

4829-3667-3556.1

10

Case 1:09-cv-04113-LGS   Document 206   Filed 09/23/13   Page 50 of 68

ELENA COTETI

LORI CRESPO

LOY CROWE

DINORAH CUEVAS

JOHN DEGIORGIO

LEIGH DEMANGE

VIORICA DRAGOI

PATRICK FERRARA

LAUREN ROSE FORD

WILLIAM GABROIAUD

SOPHIE GEORGIOU

LEONORA GJELOSHI

MAYU GLAZER

JOSEPH GUARINO

GINA GUZZETTA

EMILY HOFFMAN

RAMONA IONESCU

KEITH VINCENT LOVINGGOOD

ANTHONY MCMAHON

HERVE MERLINO

ADRIANA MOISE

VU NGUYEN

MONICA O'LEARY

KIYOKO OKADA

_____

MAYU GLAZER

_____

JOSEPH GUARINO

_____

GINA GUZZETTA

_____

EMILY HOFFMAN

_____

RAMONA IONESCU

_____

KEITH VINCENT LOVINGGOOD

_____

ANTHONY MCMAHON

_____

HERVE MERLINO

_____

ADRIANA MOISE

_____

VU NGUYEN

_____

MONICA O'LEARY

_____

KIYOKO OKADA

_____

ALICIA VILLANOVA


_____

SOFIA VISAN


_____

GARY WAGNER

_____

AMANDA WELLS


_____

ALISON WILKINSON


_____

LISA YAEGER-WOJCHIK


_____

DANA IMBROSCI


_____

KIMBERLY KING GUTMAN


_____

JENNIFER RATHBUN


_____

MONICA REDMAN


_____

ELENA FILIUTA (f/k/a Elena Zayas)

_____
WAYNE OLLIVIERRE


_____
LILIA PEISAKHOV


_____
JUSTIN PELLICIONE


_____
THERESA PHINN


_____
YOLANDA RODRIGUEZ


_____
ZOITA SORINA RUS


_____
SCOTT SACHS


_____
NATALIA SANDU


_____
REKHA SUNDARESH


_____
ANA SANTOS


_____
SVETLANA TABAGARI

_____    Aug. 25, 2013
STEPHENS THOMAS

ELENA COTETI

LORI CRESPO

LOY CROWE

DINORAH CUEVAS

JOHN DEGIORGIO

LEIGH DEMANGE

VIORICA DRAGOI

PATRICK FERRARA

LAUREN ROSE FORD

WILLIAM GABROIAUD

SOPHIE GEORGIOU

LEONORA GJELOSHI

_____
ELENA COTETI

_____
LORI CRESPO

_____
LOY CROWE

_____
DINORAH CUEVAS

_____
JOHN DEGIORGIO

_____
LEIGH DEMANGE

_____
VIORICA DRAGOI

_____
PATRICK FERRARA

_____
LAUREN ROSE FORD

_____
WILLIAM GABROIAUD

_____
SOPHIE GEORGIOU

_____
LEONORA GJELOSHI

4829-3667-3556.1                    11

_____

MAYU GLAZER


_____

JOSEPH GUARINO


_____

GINA GUZZETTA


_____

EMILY HOFFMAN


_____

RAMONA IONESCU


_____

KEITH VINCENT LOVINGGOOD


_____

ANTHONY MCMAHON


_____

HERVE MERLINO


_____

ADRIANA MOISE


_____

VU NGUYEN


_____

MONICA O'LEARY


_____

KIYOKO OKADA


4829-3667-3556.1

12

_____

ELENA COTETI

_____

LORI CRESPO

_____

LOY CROWE

_____

DINORAH CUEVAS

_____

JOHN DEGIORGIO

_____

LEIGH DEMANGE

_____

VIORICA DRAGOI

_____

PATRICK FERRARA

_____

LAUREN ROSE FORD

_____

WILLIAM GABROIAUD

_____

SOPHIE GEORGIOU

_____

LEONORA GJELOSHI

4829-3667-3556.1

11

_____

JOETTE BALSAMO

_____

SARAH BATTINO

_____

NORICA BULLICA

_____

JAMES BUONATO

_____

JOANNA BUTILA

_____

RENATA CACACE

_____

ALEJANDRA CANDELARIO

_____

SANDRA CAPUTO

_____

HALLIE CLARKE

_____

MARIEL COBO

_____

ANIKO COCINESCU

MAYU GLAZER

JOSEPH GUARINO

GINA GUZZETTA

EMILY HOFFMAN

RAMONA IONESCU

KEITH VINCENT LOVINGGOOD

ANTHONY MCMAHON

HERVE MERLINO

ADRIANA MOISE

VU NGUYEN

MONICA O'LEARY

KIYOKO OKADA

4829-3667-3556.1

12

_____
WAYNE OLLIVIERRE


_____
LILIA PEISAKHOV


_____
JUSTIN PELLICIONE


_____
THERESA PHINN


_____
YOLANDA RODRIGUEZ


_____
ZOITA SORINA RUS


_____
SCOTT SACHS


_____
NATALIA SANDU


_____
REKHA SUNDARESH


_____
ANA SANTOS


_____
SVETLANA TABAGARI


_____
STEPHENS THOMAS

4829-3667-3556.1                    13

—————————————————
ELENA COTETI


—————————————————
LORI CRESPO


—————————————————
LOY CROWE


—————————————————
DINORAH CUEVAS


—————————————————
JOHN DEGIORGIO


—————————————————
LEIGH DEMANGE


—————————————————
VIORICA DRAGOI


—————————————————
PATRICK FERRARA


—————————————————
LAUREN ROSE FORD


—————————————————
WILLIAM GABROIAUD


—————————————————
SOPHIE GEORGIOU


—————————————————
LEONORA GJELOSHI


4829-3667-3556.1                                11

_____

ELENA COTETI


_____

LORI CRESPO


_____

LOY CROWE


_____

DINORAH CUEVAS


_____

JOHN DEGIORGIO


_____

LEIGH DEMANGE


_____

VIORICA DRAGOI


_____

PATRICK FERRARA


_____

LAUREN ROSE FORD


_____

WILLIAM GABROIAUD


_____

SOPHIE GEORGIOU


_____

LEONORA GJELOSHI

4829-3667-3556.1

11

MAYU GLAZER

_____

JOSEPH GUARINO

_____

GINA GUZZETTA

_____

EMILY HOFFMAN

_____

RAMONA IONESCU

_____

KEITH VINCENT LOVINGGOOD

_____

ANTHONY MCMAHON

_____

HERVE MERLINO

_____

ADRIANA MOISE

_____

VU NGUYEN

_____

MONICA O'LEARY

_____

KIYOKO OKADA

4829-3667-3556.1

12

_____

ALICIA VILLANOVA

_____

SOFIA VISAN

_____

GARY WAGNER

_____

AMANDA WELLS

_____

ALISON WILKINSON

_____

LISA YAEGER-WOJCHIK

_____

DANA IMBROSCI

_____

KIMBERLY KING GUTMAN

_____

JENNIFER RATHBUN

_____

MONICA REDMAN

_____

ELENA FILIUTA (f/k/a Elena Zayas)

JOETTE BALSAMO

SARAH BATTINO

NORICA BULLICA

JAMES BUONATO

JOANNA BUTILA

RENATA CACACE

ALEJANDRA CANDELARIO

SANDRA CAPUTO

HALLIE CLARKE

MARIEL COBO

ANIKO COCINESCU

4829-3667-3556.1

10

_____
JOETTE BALSAMO

_____
SARAH BATTINO

_____
NORICA BULLICA

_____
JAMES BUONATO

_____*Joanna Butila (signature)*_____
JOANNA BUTILA

_____
RENATA CACACE

_____
ALEJANDRA CANDELARIO

_____
SANDRA CAPUTO

_____
HALLIE CLARKE

_____
MARIEL COBO

_____
ANIKO COCINESCU

4829-3667-3556.1

ALICIA VILLANOVA

SOFIA VISAN

GARY WAGNER

AMANDA WELLS

ALISON WILKINSON

LISA YAEGER-WOJCHIK

DANA IMBROSCI

KIMBERLY KING GUTMAN

JENNIFER RATHBUN

MONICA REDMAN

ELENA FILIUTA (f/k/a Elena Zayas)

4829-3667-3556.1

14

SPA CHAKRA FIFTH AVENUE, LLC

By: _____
Michael Canizales

_____
MICHAEL CANIZALES